IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY SUOMELA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-445 |
| v. ) | |
| ) | |
| DENOVUS CORPORATION, LTD., ) | Judge Lancaster |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, on this __20th__ day of December, 2006, after consideration of

Plaintiff's Motion to Amend the Complaint in the above-captioned case, it is hereby

Ordered that the Motion is GRANTED; and Plaintiff may file the Amended Complaint.

BY THE COURT:

Gary L. Lancaster
United States District Judge

cc: All counsel of record